No. 4916.—Cotti, et al., apldos. *v.* Cotti, aplte.—C. D. Ponce. ▮▮▮▮▮▮▮▮▮▮▮▮ Julio 23, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Desestimado este recurso previa moción oída con la sola asistencia de la parte apelada, por abandono.